UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20490-CV-WILLIAMS

MONICA BERDASCO,

    Plaintiff,

v.

AVMED, INC.,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 30) ("***Report***") on Defendant's Motion to Dismiss or, Alternatively, to Strike (DE 7) ("***Motion***"). After determining that Plaintiff failed to adequately state an ERISA claim, Magistrate Judge Reid recommended that the Court grant Defendant's Motion and dismiss Plaintiff's Complaint (DE 1) without prejudice. (DE 30 at 6.) No Party filed objections to the Report and the time to do so has passed.

Upon an independent review of the Report, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 30) is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion (DE 7) is **GRANTED**.

3. Plaintiff's Complaint (DE 1) is **DISMISSED WITHOUT PREJUDICE**.

4. Plaintiff shall file an amended complaint within **FOURTEEN (14) DAYS** of the date of this Order. Failure to do so will result in dismissal of this matter.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>22nd</u> day of December, 2023.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE