UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20490-CV-WILLIAMS

MONICA BERDASCO,

    Plaintiff,

v.

AVMED, INC.,

    Defendant.

_____/

### ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 58) ("***Report***") on Defendant AvMed, Inc.'s Motion for Summary Judgment (DE 49) ("***Motion***"). In the Report, Judge Reid recommends that the Motion be granted and that Defendant's request for Attorneys' fees be denied. (DE 58 at 15.) Plaintiff Monica Berdasco filed Objections to the Report (DE 59) and Defendant filed a Response to the objections (DE 60). The Court conducted a *de novo* review of the portions of the Report to which Plaintiff objected and a review of the remainder of the Report for clear error.

Upon a careful review of the Report, the Objections, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    The Report and Recommendation (DE 58) is **AFFIRMED AND ADOPTED**.

    2.    Defendant's Motion for Summary Judgment (DE 49) is **GRANTED** and Defendant's request for Attorneys' Fees is **DENIED**.

    3.    All deadlines and hearings are **CANCELED**. All pending motions are

      **DENIED AS MOOT**.

4. This case is **CLOSED**.

5. Judgment in favor of Defendant will be entered by way of a separate order.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>7th</u> day of June, 2024.

 

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE